UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No. 2:22-cv-02171-DJC-CKD P<br><br><br><br>ORDER |

On April 26, 2023, plaintiff filed a request to be released from custody. This civil rights action was closed on April 11, 2023. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: May 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/isel2171.58